# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN T. BURTENSHAW, <br> Plaintiff <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br> Defendant. | Case No. 5:16-CV-02243-GJS\ <br><br> **AMENDED JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Amended Memorandum Opinion and Order filed contemporaneously with the filing of this Amended Judgment.

DATED: January 23, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE