**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DARREN T. BURTENSHAW,                )   Case No.: 5:16-cv-02243-GJS
                                     )
                                     )   [PROPOSED] ORDER AWARDING
          Plaintiff,                 )   EQUAL ACCESS TO JUSTICE ACT
                                     )   ATTORNEY FEES AND EXPENSES
     vs.                             )   PURSUANT TO 28 U.S.C. § 2412(d)
NANCY A. BERRYHILL, Acting           )   AND COSTS PURSUANT TO 28
Commissioner of Social Security,     )   U.S.C. § 1920
                                     )
                                     )
          Defendant                  )
                                     )

     Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

     IT IS ORDERED that fees and expenses in the amount of $5,000.00 as

authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

awarded subject to the terms of the Stipulation.


DATED:   March 21, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-